FILED
2012 Dec-13  PM 04:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **J.T. REAL ESTATE INVESTMENTS,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**CARDIOMEMS, INC.,** )<br>**PMI TECHNOLOGIES, INC., &** )<br>**VOYAGER FINANCIAL GROUP, LLC,** )<br>)<br>**Defendants.** ) | Case No.: 4:12-cv-04000-RBP |

## NOTICE OF APPEARANCE

Defendant Cardiomems, Inc., hereby give notice of the appearance of E. Berton Spence of the law firm of Rumberger, Kirk & Caldwell, PA, PC, as counsel in the above-styled case.

                                       s/E. Berton Spence
                                       E. Berton Spence
                                       AL Bar No. ASB-9384-S78E
                                       Counsel for Defendant
                                       Cardiomems, Inc.

**OF COUNSEL:**

RUMBERGER, KIRK & CALDWELL, P.A., P.C.
Lakeshore Park Plaza, Suite 125
2204 Lakeshore Drive
Birmingham, AL  35209-6739
Telephone:  (205) 327-5550
Facsimile:  (205) 326-6786
E-mail: bspence@rumberger.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Kevin T. Wakley
        Irwin Merritt Hogue Price & Carthel, PC
        320 S. Polk, Suite 700
        Amarillo, Texas  79101
        E-mail:  kwakley@amalaw.org

                s/E. Berton Spence
                Of Counsel