# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| J.T. REAL ESTATE INVESTMENTS, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARDIOMEMS, INC., ) <br> PMI TECHNOLOGIES, INC., & ) <br> VOYAGER FINANCIAL GROUP, ) <br> LLC, ) <br> ) <br>     Defendants. ) | Case No. 4:12-cv-04000-RBP |

## DEFENDANT CARDIOMEMS, INC.'S MOTION TO DISMISS COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2) and 12(b)(6), CardioMEMS, Inc. ("CardioMEMS") respectfully moves this Court to dismiss with prejudice Plaintiff's Complaint and the sole claim alleged against CardioMEMS asserted therein. The Court should dismiss Plaintiff's claim against CardioMEMS because Plaintiff fails to assert sufficient factual allegations to state a claim for relief, and because this Court lacks subject-matter and personal jurisdiction over CardioMEMS. In support of this Motion, CardioMEMS relies upon the Memorandum in Support of Defendant CardioMEMS' Inc.'s Motion to Dismiss Plaintiff's Complaint filed contemporaneously with this Motion.

Respectfully submitted this 18th day of December, 2012

>/s/ William J. Holley, II
>**PARKER, HUDSON, RAINER & DOBBS LLP**
>
>William J. Holley, II (*pro hac vice*)
>wjh@phrd.com
>V. Justin Arpey (*pro hac vice*)
>vja@phrd.com
>1500 Marquis Two Tower
>285 Peachtree Center Avenue, N.E.
>Atlanta, Georgia 30303
>Telephone:  (404) 523-5300
>Facsimile:  (404) 522-8409
>
>**RUMBERGER, KIRK & CALDWELL, P.A., P.C.**
>
>E. Berton Spence
>Alabama Bar No. ASB-9384-S78E
>bspence@rumberger.com
>Lisha L. Graham
>Alabama Bar No. ASB-5078-H69L
>lli@rumberger.com
>Lakeshore Park Plaza, Suite 125
>2204 Lakeshore Drive
>Birmingham, AL  35209-6739
>Telephone:  (205) 327-5550
>Facsimile:  (205) 326-6786
>
>*Attorneys for Defendant CardioMEMS, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications of such filings to the following:

>Kevin T. Wakley
>Irwin Merritt Hogue Price & Carthel, PC
>320 S. Polk
>Suite 700
>Amarillo Texas 79101

>*/s/ William J. Holley, II*
>William J. Holley, II

2609979_1