IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

J T REAL ESTATE INVESTMENTS

       **Plaintiff,**

**v.**                                                  CV 4:12-4000-RBP

**CARDIOMEMS, INC.;
PMI TECHNOLOGIES, INC.** and
**VOYAGER FINANCIAL
GROUP LLC**

       **Defendants.**

## ORDER

This cause is before the court on the Consent Motion to Dismiss Cardiomems, Inc., With Prejudice filed by the plaintiff on October 21, 2013. The motion is **GRANTED**. All claim(s) of plaintiff against defendant Cardiomems, Inc., are **DISMISSED WITH PREJUDICE**, each party to bear its own costs. All claim(s) against any remaining defendant(s) remain in effect.

**DONE** and **ORDERED** this the 22nd day of October, 2013.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE