FILED
2014 Mar-25 PM 01:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

J. T. REAL ESTATE INVESTMENTS,

    Plaintiff,

v.                                    CV 4:12-4000-RBP

PMI TECHNOLOGIES, INC.,
and VOYAGER FINANCIAL
GROUP, LLC

    Defendants.

## DISMISSAL ORDER

This cause comes before the court on the Motion to Dismiss PMI Technologies, Inc., and Voyager Financial Group, LLC filed on March 24, 2014. The motion is **GRANTED**. All claims against PMI Technologies, Inc. and Voyager Financial Group, LLC are **DISMISSED WITHOUT PREJUDICE**, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 25th day of March, 2014.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**